Dismissed and Memorandum Opinion filed June 4, 2009








Dismissed
and Memorandum Opinion filed June 4, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00844-CV

____________

 

DALE POINT GROUP, LP and SCARSDALE VILLAGE SHOPPING
CENTER LIMITED AS THE PROPERTY OWNERS and THE PROPERTY OWNERS,
Appellants

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT and  THE APPRAISAL
REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT, Appellees

 



 

On Appeal from the
151st District Court

Harris
County, Texas

Trial Court Cause
No. 2006-59852

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 31, 2008.  On May 22, 2009, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.